# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

IN RE: CHARLES MULLINS JR. AND RUTH MULLINS

                                                   **Chapter 7**

                                                   **Case No. 10-71135**

## ORDER OF CONTINUANCE

COME NOW the Debtors, by counsel, upon motion, and hereby request that this matter be continued due to the defendant not being served with process,through certified mail.  Debtors' counsel will attempt to serve the defendant with personal service.

Upon consideration thereof, it is accordingly

ADJUGED, ORDERED, and DECREED that the trial date on this matter was set for September 14, 2010, be continued to November 9, 2010 at 10:00 am in the Roanoke Bankruptcy Court.

It is so ORDERED.

                                               ENTER:   9/16/10

                                               */s/ Ross W. Krumm*

                                               Judge Ross W. Krumm

I ASK FOR THIS:

*/s/ M. Paul Valois*
M. Paul Valois
Counsel for Debtors