**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| IN RE:    CHARLES VERNE MULLINS, JR. | ) | CHAPTER 7 |
|              RUTH JEANETTE MULLINS | ) | CASE NO. 10-71135 |
| | ) | |
|              **Debtors** | ) | |
| CHARLES VERNE MULLINS, JR. | ) | ORDER |
| | ) | |
| and | ) | |
| | ) | |
| RUTH JEANETTE MULLINS | ) | |
| | ) | |
|              **Plaintiffs** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN COLLIER | ) | |
| | ) | |
|              **Defendant** | ) | |

On motion of John Collier, by counsel, it is **ORDERED** that the hearing on the debtors' motion naming John Collier as defendant is continued to **January 11, 2011 at 11:00 a.m.** in the U.S. Bankruptcy Court, 210 Church Avenue, S.W., Roanoke, Virginia.

The undersigned counsel for John Collier shall insure that a copy of this Order is transmitted to the debtors and debtors' counsel.

    **ENTERED:  11/09/10**

*Ross W. Krumm*

                         **JUDGE**

Requested:

*/s/ Charles R. Allen, Jr.*
Charles R. Allen, Jr.
*Attorney at Law*
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731
*Counsel for John Collier*

Seen and Agreed:

*/s/ M. Paul Valois*
M. Paul Valois
*Attorney at Law*
725 Church Street
Lynchburg, VA 24504
434-845-4529
*Counsel for the Debtors*

CERTIFICATE OF SERVICE

*I hereby certify that I mailed and/or electronically tranmitted a true and correct copy of the foregoing to the debtors and debtors' counsel, this 9th day of November, 2010.*

/s/ Charles R. Allen, Jr.